the Manhattan Life Insurance Company. No opinion. Judgment affirmed, with costs.

DANZIGER, Appellant, v. SIMMONS et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Nathan Danziger against J. Edward Simmons and others. R. P. Chittenden, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DATE, Respondent, v. NEW YORK GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Albert Henry Date against the New York Glucose Company. No opinion. Motion to resettle order granted.

In re DAYTON. VAN DYKE, Appellant, v. DAYTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of the application of John W. Dayton for revocation of letters of administration granted to Henry E. Van Dyke on the personal estate of Mathilda De Marais Van Dyke, deceased, Henry E. Van Dyke against John W. Dayton. No opinion. Decree of the Surrogate's Court of Kings County reversed, with costs, on the ground that the husband was not disqualified to act as his wife's administrator, and the petition for revocation of letters dismissed, with costs.

DEHLER, Respondent, v. MADER, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Clemmens Dehler against Louis Mader. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that the specifications, which were part of the contract, were not put in evidence.

DELILE, Respondent, v. LONG ISLAND REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Margaret C. Delile against the Long Island Realty Company, James J. Gormley, and Cadman H. J. Frederick. No opinion. Judgment affirmed, with costs.

DE LUCA v. ARCHER MFG. CO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Ferdinand de Luca against the Archer Manufacturing Company. No opinion. Motion granted. Order signed.

DEMING, Respondent, v. THOMSEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Macy F. Deming, as executor, etc., against Thomas H. Thomsen. No opinion. Judgment affirmed, with costs.

DENHARD, Respondent, v. GILBERT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Adam L. Denhard against Abel H. Gilbert, impleaded with Thomas L. James and others. No opinion. Judgment reversed, and

new trial granted, costs to abide the final award of costs; on the ground that there is no finding of pecuniary injury to the plaintiff's assignor, and no evidence returned from which such a finding could be supplied.

DERBY, Respondent, v. DEGNON–McLEAN CONTRACTING CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Actions by Minnie L. Derby and Orville P. Derby against the Degnon-McLean Contracting Company. No opinion. Motion to resettle orders granted.

DERINGER, Respondent, v. COLONIAL LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Laura Deringer against the Colonial Life Insurance Company of America. No opinion. Motion for reargument denied.

DETWEILER, Appellant, v. DOWLING et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Thomas N. Detweiler against John F. Dowling and others. F. H. Field, for appellant. M. Kendall, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DETWEILER, Appellant, v. DOWLING et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Thomas N. Detweiler against John F. Dowling and others. F. H. Field, for appellant. P. M. Herzog, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DEUEL. (Supreme Court, Appellate Division, First Department. June 20, 1906.) In the matter of Joseph M. Deuel. No opinion. Reference ordered.

DEY, Respondent, v. KIPP, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Lafayette Dey against Anna A. Kipp, as administratrix, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

DIETRICH v. HEIM. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Justus Dietrich against Sophie S. Heim. No opinion. Motion granted, with $10 costs. Order filed.

DINGMAN, Respondent, v. SYLVESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Yates Dingman against Lewis Sylvester and others. No opinion. Judgment affirmed, with costs.

In re DOELGER'S WILL. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of proving the last will and testament of Johanna Doelger, also known as Johanna Doelger Schneider, deceased, etc. No opinion. Decree of Surrogate's Court of Kings County affirmed, without costs.